# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| RED ROCK ANALYTICS LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>APPLE INC., QUALCOMM INC.<br><br>　　　　Defendants. | Case No. 6:21-cv-00346-ADA<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF COMPLIANCE

Defendant Qualcomm Inc. hereby notifies the Court that Defendants Apple Inc. and Qualcomm Inc. have complied with the Court's Scheduling Order (Dkt. 39) by serving preliminary invalidity contentions upon Plaintiff's counsel of record via email on September 16, 2021. Defendants served an accompanying document production of the prior art referenced in their contentions. In addition, Defendant Apple Inc. has served an accompanying document production upon Plaintiff's counsel of record, and Defendant Qualcomm Inc. has made source code available to Plaintiff's counsel of record and expert under an interim Protective Order.

Dated:  September 16, 2021　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　By:　*/s/ Nick Schuneman*
　　　　　　　　　　　　　　　　　　　Nick Schuneman

　　　　　　　　　　　　　　　　　　　Douglas M. Kubehl
　　　　　　　　　　　　　　　　　　　**BAKER BOTTS L.L.P**
　　　　　　　　　　　　　　　　　　　2001 Ross Avenue
　　　　　　　　　　　　　　　　　　　Dallas, TX 75201
　　　　　　　　　　　　　　　　　　　Tel: (214) 661-4486
　　　　　　　　　　　　　　　　　　　Email: doug.kubehl@bakerbotts.com

        Aashish G. Kapadia
        Nick Schuneman
        **BAKER BOTTS L.L.P**
        98 San Jacinto Blvd., Suite 1500
        Austin, TX 78701
        Tel: (512) 322-2500
        Email: aashish.kapadia@bakerbotts.com
        Email: nick.schuneman@bakerbotts.com

        Sarah Guske (*Pro Hac Vice*)
        **BAKER BOTTS L.L.P**
        101 California Street, Suite 3600
        San Francisco, CA 94111
        Tel: (415) 291-6200
        Email: sarah.guske@bakerbotts.com

        *Attorneys for Qualcomm Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document *via* the Court's CM/ECF system on this the 16th day of September, 2021.

        */s/ Nick Schuneman*
        Nick Schuneman