# Exhibit LL

PUBLIC VERSION





Qualcomm Technologies, Inc.

# Qualcomm® Hexagon™ V66

## Programmer's Reference Manual

80-N2040-42 A

November 17, 2017

Qualcomm Hexagon is a  product of Qualcomm Technologies, Inc. Other Qualcomm products referenced herein are products of Qualcomm Technologies, Inc. or its subsidiaries.

Qualcomm, Hexagon, and HVX are trademarks of Qualcomm Incorporated, registered in the United States and other countries. Other product and brand names may be trademarks or registered trademarks of their respective owners.

This technical data may be subject to U.S. and international export, re-export, or transfer ("export") laws. Diversion contrary to U.S. and international law is strictly prohibited.

Qualcomm Technologies, Inc.
5775 Morehouse Drive
San Diego, CA 92121
U.S.A.

© 2017 Qualcomm Technologies, Inc. All rights reserved.

# Contents

Figures .......................................................................................................... 14
Tables ........................................................................................................... 15

1 Introduction ............................................................................................ 17
1.1 Features ................................................................................................. 17
1.2 Functional units ..................................................................................... 19
    1.2.1 Memory ........................................................................................... 20
    1.2.2 Registers ......................................................................................... 20
    1.2.3 Sequencer ....................................................................................... 20
    1.2.4 Execution units ............................................................................... 20
    1.2.5 Load/store units .............................................................................. 20
1.3 Instruction set ....................................................................................... 21
    1.3.1 Addressing modes ........................................................................... 21
    1.3.2 Scalar operations ............................................................................ 22
    1.3.3 Vector operations ........................................................................... 22
    1.3.4 Floating-point operations ................................................................ 23
    1.3.5 Program flow .................................................................................. 24
    1.3.6 Instruction packets ......................................................................... 24
    1.3.7 Dot-new instructions ...................................................................... 25
    1.3.8 Compound instructions ................................................................... 25
    1.3.9 Duplex instructions ........................................................................ 25
    1.3.10 Instruction classes ........................................................................ 25
    1.3.11 Instruction intrinsics ..................................................................... 26
1.4 Notation ................................................................................................ 27
    1.4.1 Instruction syntax ........................................................................... 27
    1.4.2 Register operands ........................................................................... 28
    1.4.3 Numeric operands ........................................................................... 30
1.5 Terminology .......................................................................................... 31
1.6 Technical assistance .............................................................................. 31

2 Registers ................................................................................................. 32
2.1 General registers ................................................................................... 33
2.2 Control registers ................................................................................... 35
    2.2.1 Program counter .............................................................................. 37
    2.2.2 Loop registers ................................................................................. 38

2.2.3  User status register ...................................................................................... 38

2.2.4  Modifier registers ...................................................................................... 41

2.2.5  Predicate registers ...................................................................................... 42

2.2.6  Circular start registers ............................................................................... 43

2.2.7  User general pointer register ...................................................................... 43

2.2.8  Global pointer ........................................................................................... 43

2.2.9  Cycle count registers ................................................................................. 44

2.2.10  Frame limit register .................................................................................. 44

2.2.11  Frame key register .................................................................................... 45

2.2.12  Packet count registers .............................................................................. 45

2.2.13  Qtimer registers ....................................................................................... 46

**3  Instructions** ..................................................................................................... **47**

3.1  Instruction syntax ........................................................................................... 47

3.2  Instruction classes .......................................................................................... 49

3.3  Instruction packets .......................................................................................... 50

3.3.1  Packet execution semantics ....................................................................... 51

3.3.2  Sequencing semantics ............................................................................... 51

3.3.3  Resource constraints ................................................................................. 52

3.3.4  Grouping constraints ................................................................................. 53

3.3.5  Dependency constraints ............................................................................. 54

3.3.6  Ordering constraints .................................................................................. 54

3.3.7  Alignment constraints ............................................................................... 55

3.4  Instruction intrinsics ....................................................................................... 55

3.5  Compound instructions .................................................................................... 56

3.6  Duplex instructions ......................................................................................... 56

**4  Data Processing** ............................................................................................ **57**

4.1  Data types ....................................................................................................... 58

4.1.1  Fixed-point data ........................................................................................ 58

4.1.2  Floating-point data .................................................................................... 58

4.1.3  Complex data ............................................................................................ 58

4.1.4  Vector data ................................................................................................ 58

4.2  Instruction options .......................................................................................... 60

4.2.1  Fractional scaling ...................................................................................... 60

4.2.2  Saturation .................................................................................................. 60

4.2.3  Arithmetic rounding .................................................................................. 61

4.2.4  Convergent rounding ................................................................................. 61

4.2.5  Scaling for divide and square-root ............................................................ 61

4.3  XTYPE operations ........................................................................................... 62

4.3.1  ALU .......................................................................................................... 62

4.3.2  Bit manipulation ....................................................................................... 63

4.3.3  Complex .................................................................................................. 63
4.3.4  Floating point ........................................................................................ 64
4.3.5  Multiply ................................................................................................ 65
4.3.6  Permute ................................................................................................ 67
4.3.7  Predicate .............................................................................................. 67
4.3.8  Shift ..................................................................................................... 68
4.4  ALU32 operations ............................................................................................ 69
4.5  Vector operations ............................................................................................ 70
4.6  CR operations .................................................................................................. 72
4.7  Compound operations ...................................................................................... 72
4.8  Special operations ........................................................................................... 72
4.8.1  H.264 CABAC processing ....................................................................... 73
4.8.1.1  CABAC implementation ................................................................ 74
4.8.1.2  Code example ............................................................................. 75
4.8.2  IP internet checksum ............................................................................. 76
4.8.2.1  Code example ............................................................................. 77
4.8.3  Software-defined radio .......................................................................... 78
4.8.3.1  Rake despreading ....................................................................... 78
4.8.3.2  Polynomial operations ................................................................. 79

**5  Memory** ........................................................................................................... **81**

5.1  Memory model ................................................................................................ 82
5.1.1  Address space ...................................................................................... 82
5.1.2  Byte order ............................................................................................ 82
5.1.3  Alignment ............................................................................................ 82
5.2  Memory loads ................................................................................................. 83
5.3  Memory stores ................................................................................................ 84
5.4  Dual stores .................................................................................................... 84
5.5  Slot 1 store with slot 0 load ............................................................................. 85
5.6  New-value stores ............................................................................................ 85
5.7  Mem-ops ....................................................................................................... 86
5.8  Addressing modes .......................................................................................... 86
5.8.1  Absolute ............................................................................................... 87
5.8.2  Absolute-set ......................................................................................... 87
5.8.3  Absolute with register offset ................................................................... 87
5.8.4  Global pointer relative ........................................................................... 88
5.8.5  Indirect ................................................................................................ 89
5.8.6  Indirect with offset ................................................................................ 89
5.8.7  Indirect with register offset ..................................................................... 89
5.8.8  Indirect with auto-increment immediate .................................................. 90
5.8.9  Indirect with auto-increment register ...................................................... 90
5.8.10  Circular with auto-increment immediate ................................................ 91
5.8.11  Circular with auto-increment register .................................................... 93

5.8.12  Bit-reversed with auto-increment register ........................................... 94
5.9  Conditional load/stores ........................................................................ 95
5.10  Cache memory ..................................................................................... 96
    5.10.1  Uncached memory ....................................................................... 97
    5.10.2  Tightly coupled memory .............................................................. 97
    5.10.3  Cache maintenance operations ................................................... 97
    5.10.4  L2 cache operations ..................................................................... 98
    5.10.5  Cache line zero ............................................................................ 99
    5.10.6  Cache prefetch ............................................................................ 99
5.11  Memory ordering ............................................................................... 102
5.12  Atomic operations ............................................................................. 103

6   Conditional Execution ............................................................. 105
6.1  Scalar predicates ................................................................................ 105
    6.1.1  Generating scalar predicates ....................................................... 106
    6.1.2  Consuming scalar predicates ....................................................... 108
    6.1.3  Auto-AND predicates ................................................................... 109
    6.1.4  Dot-new predicates ...................................................................... 110
    6.1.5  Dependency constraints ............................................................... 111
6.2  Vector predicates ............................................................................... 111
    6.2.1  Vector compare ............................................................................ 111
    6.2.2  Vector mux instruction ................................................................. 113
    6.2.3  Using vector conditionals ............................................................ 114
6.3  Predicate operations .......................................................................... 115

7   Program Flow ............................................................................ 116
7.1  Conditional instructions ..................................................................... 116
7.2  Hardware loops ................................................................................... 117
    7.2.1  Loop setup ................................................................................... 118
    7.2.2  Loop end ...................................................................................... 119
    7.2.3  Loop execution ............................................................................. 120
    7.2.4  Pipelined hardware loops ............................................................. 121
    7.2.5  Loop restrictions .......................................................................... 124
7.3  Software branches .............................................................................. 124
    7.3.1  Jumps ........................................................................................... 125
    7.3.2  Calls ............................................................................................. 125
    7.3.3  Returns ......................................................................................... 126
    7.3.4  Extended branches ....................................................................... 127
    7.3.5  Branches to and from packets ..................................................... 127
7.4  Speculative jumps .............................................................................. 128
7.5  Compare jumps ................................................................................... 129
    7.5.1  New-value compare jumps ........................................................... 130

7.6  Register transfer jumps ................................................................. 131

7.7  Dual jumps ...................................................................................... 132

7.8  Hint indirect jump target ............................................................... 133

7.9  Pauses .............................................................................................. 134

7.10  Exceptions ..................................................................................... 134

**8  Software Stack** ........................................................................... **137**

8.1  Stack structure ................................................................................ 137

8.2  Stack frames ................................................................................... 139

8.3  Stack protection ............................................................................. 139

8.3.1  Stack bounds checking ......................................................... 139

8.3.2  Stack smashing protection .................................................... 140

8.4  Stack registers ................................................................................ 140

8.5  Stack instructions .......................................................................... 141

**9  PMU Events** ................................................................................ **142**

9.1  V66 processor event symbols ....................................................... 143

**10  Instruction Encoding** .............................................................. **153**

10.1  Instructions ................................................................................... 153

10.2  Sub-instructions ........................................................................... 154

10.3  Duplexes ....................................................................................... 157

10.4  Instruction classes ....................................................................... 159

10.5  Instruction packets ...................................................................... 160

10.6  Loop packets ................................................................................ 161

10.7  Immediate values ......................................................................... 162

10.8  Scaled immediates ....................................................................... 162

10.9  Constant extenders ...................................................................... 163

10.10  New-value operands ................................................................... 166

10.11  Instruction mapping ................................................................... 167

**11  Instruction Set** ......................................................................... **168**

11.1  ALU32 ........................................................................................... 171

11.1.1  ALU32/ALU ........................................................................... 171

Logical operations ............................................................................. 173

Negate ................................................................................................ 175

Nop ..................................................................................................... 176

Subtract .............................................................................................. 177

Sign extend ........................................................................................ 179

Transfer immediate ............................................................................ 180

Transfer register ................................................................................ 182

Vector add halfwords ........................................................................ 183

Vector average halfwords .................................................................184

Vector subtract halfwords ...............................................................185

Zero extend ....................................................................................187

11.1.2 ALU32/PERM ..........................................................................188

Mux .................................................................................................191

Shift word by 16 .............................................................................193

Pack high and low halfwords ..........................................................195

11.1.3 ALU32/PRED ..........................................................................196

Conditional shift halfword ...............................................................198

Conditional combine ......................................................................200

Conditional logical operations .......................................................201

Conditional subtract .......................................................................203

Conditional sign extend ..................................................................204

Conditional transfer .......................................................................206

Conditional zero extend ..................................................................207

Compare .........................................................................................209

Compare to general register ...........................................................211

11.2 CR .............................................................................................212

Corner detection acceleration .........................................................214

Logical reductions on predicates ....................................................215

Looping instructions .......................................................................216

Add to PC ........................................................................................218

Pipelined loop instructions .............................................................219

Logical operations on predicates ....................................................221

User control register transfer ..........................................................223

11.3 JR .............................................................................................224

Hint an indirect jump address .........................................................226

Jump to address from register .........................................................227

11.4 J ...............................................................................................228

Compare and jump ..........................................................................230

Jump to address ..............................................................................234

Jump to address conditioned on new predicate ..............................236

Jump to address condition on register value ...................................237

Transfer and jump ............................................................................239

11.5 LD .............................................................................................240

Load doubleword conditionally ........................................................243

Load byte .........................................................................................245

Load byte conditionally ....................................................................247

Load byte into shifted vector ............................................................249

Load half into shifted vector .............................................................252

Load halfword ..................................................................................255

Load halfword conditionally .............................................................257

Load unsigned byte ..........................................................................259

Load unsigned byte conditionally .................................................... 261
Load unsigned halfword .................................................................. 263
Load unsigned halfword conditionally ............................................ 265
Load word ...................................................................................... 267
Load word conditionally ................................................................ 269
Deallocate stack frame .................................................................. 271
Deallocate frame and return .......................................................... 273
Load and unpack bytes to halfwords ............................................. 275

11.6  MEMOP ........................................................................................... 283
Operation on memory halfword ..................................................... 285
Operation on memory word ........................................................... 286

11.7  NV ................................................................................................... 287
11.7.1  NV/J ......................................................................................... 287
11.7.2  NV/ST ...................................................................................... 291
Store new-value byte conditionally ............................................... 293
Store new-value halfword .............................................................. 296
Store new-value halfword conditionally ........................................ 298
Store new-value word .................................................................... 301
Store new-value word conditionally .............................................. 303

11.8  ST .................................................................................................... 306
Store doubleword conditionally ..................................................... 309
Store byte ...................................................................................... 311
Store byte conditionally ................................................................. 313
Store halfword ............................................................................... 316
Store halfword conditionally .......................................................... 319
Store word ..................................................................................... 322
Store word conditionally ................................................................ 324
Allocate stack frame ...................................................................... 327

11.9  SYSTEM ......................................................................................... 329
11.9.1  SYSTEM/GUEST ..................................................................... 329
11.9.2  SYSTEM/MONITOR ................................................................. 331
Swap SGP control register ............................................................ 332
Cancel pending interrupts .............................................................. 333
Data cache kill ............................................................................... 334
Data cache maintenance monitor instructions ............................... 335
Read the interrupt mask for a thread ............................................. 337
Acquire hardware lock ................................................................... 338
Release hardware lock ................................................................... 339
Interrupt to thread assignment read .............................................. 340
Interrupt to thread assignment write ............................................. 342
Instruction cache maintenance supervisor operations ................... 344
Instruction cache maintenance operations (single-thread) ............ 345
L2 cache operations by index ........................................................ 346

L2 cache global operations ........................................................................... 347
L2 cache operations by address ................................................................... 349
L2 tag read/write ......................................................................................... 351
Load from physical address .......................................................................... 353
Raise NMI on threads ................................................................................... 354
Resume from Wait mode ............................................................................... 355
Return from exception .................................................................................. 356
Set the interrupt mask for a thread .............................................................. 357
Set the priority for a thread .......................................................................... 358
Set interrupt auto disable ............................................................................. 359
Start threads ................................................................................................. 360
Stop threads ................................................................................................. 361
Software interrupt ......................................................................................... 362
TLB read/write/probe operations .................................................................. 363
System control register transfer ................................................................... 365
Transition threads to Wait mode ................................................................... 367
    11.9.3  SYSTEM/USER ............................................................................. 368
Store conditional ........................................................................................... 369
Zero a cache line .......................................................................................... 371
Memory barrier .............................................................................................. 372
Breakpoint ..................................................................................................... 373
Data cache prefetch ..................................................................................... 374
Data cache maintenance user operations ................................................... 375
Instruction cache maintenance user operations .......................................... 377
Instruction synchronization .......................................................................... 378
L2 cache prefetch ......................................................................................... 379
Pause ............................................................................................................ 382
Memory thread synchronization ................................................................... 383
Send value to ETM trace .............................................................................. 384
Trap ............................................................................................................... 385
    11.10  XTYPE .......................................................................................... 387
        11.10.1  XTYPE/ALU ........................................................................... 387
Absolute value word ...................................................................................... 388
Add and accumulate ..................................................................................... 389
Add doublewords ........................................................................................... 391
Add halfword ................................................................................................. 393
Add or subtract doublewords with carry ....................................................... 395
Clip to unsigned ............................................................................................ 396
Logical doublewords ..................................................................................... 397
Logical-logical doublewords .......................................................................... 399
Logical-logical words ..................................................................................... 400
Maximum words ............................................................................................. 402
Maximum doublewords .................................................................................. 403

Minimum words .................................................................................. 404

Minimum doublewords ...................................................................... 405

Modulo wrap ..................................................................................... 406

Negate ............................................................................................... 407

Round ................................................................................................ 408

Subtract doublewords ....................................................................... 411

Subtract and accumulate words ...................................................... 412

Subtract halfword ............................................................................. 413

Sign extend word to doubleword ...................................................... 415

Vector absolute value halfwords ...................................................... 416

Vector absolute value words ............................................................ 417

Vector absolute difference bytes ..................................................... 418

Vector absolute difference halfwords .............................................. 419

Vector absolute difference words ..................................................... 420

Vector add compare and select maximum bytes ............................. 421

Vector add compare and select maximum halfwords ...................... 422

Vector add halfwords ........................................................................ 424

Vector add halfwords with saturate and pack to unsigned bytes ............... 426

Vector reduce add unsigned bytes ................................................... 427

Vector reduce add halfwords ........................................................... 429

Vector add bytes ............................................................................... 431

Vector add words .............................................................................. 432

Vector average halfwords ................................................................ 433

Vector average unsigned bytes ....................................................... 435

Vector average words ....................................................................... 436

Vector clip to unsigned .................................................................... 438

Vector conditional negate ................................................................ 439

Vector maximum bytes ..................................................................... 441

Vector maximum halfwords ............................................................. 442

Vector reduce maximum halfwords ................................................. 443

Vector reduce maximum words ....................................................... 445

Vector maximum words .................................................................... 447

Vector minimum bytes ...................................................................... 448

Vector minimum halfwords............................................................... 450

Vector reduce minimum halfwords .................................................. 451

Vector reduce minimum words ........................................................ 453

Vector minimum words ..................................................................... 455

Vector sum of absolute differences unsigned bytes ....................... 456

Vector subtract halfwords ................................................................ 458

Vector subtract bytes ....................................................................... 460

Vector subtract words ...................................................................... 461

11.10.2  XTYPE/BIT ......................................................................... 462

Count population .............................................................................. 464

Count trailing ................................................................................................. 465

Extract bitfield ............................................................................................... 466

Insert bitfield ................................................................................................. 469

Interleave/deinterleave .................................................................................. 471

Linear feedback-shift iteration ....................................................................... 472

Masked parity ................................................................................................ 473

Bit reverse ..................................................................................................... 474

Set/clear/toggle bit ........................................................................................ 475

Split bitfield ................................................................................................... 477

Table index .................................................................................................... 479

11.10.3  XTYPE/COMPLEX ............................................................................ 482

Complex add/sub words ................................................................................. 485

Complex multiply ........................................................................................... 487

Complex multiply real or imaginary ............................................................... 490

Complex multiply with round and pack .......................................................... 492

Complex multiply 32x16 ................................................................................. 494

Complex multiply real or imaginary 32-bit ..................................................... 496

Vector complex multiply real or imaginary .................................................... 500

Vector complex conjugate .............................................................................. 503

Vector complex rotate .................................................................................... 504

Vector reduce complex multiply real or imaginary ......................................... 506

Vector reduce complex multiply by scalar ..................................................... 509

Vector reduce complex multiply by scalar with round and pack .................... 512

Vector reduce complex rotate ........................................................................ 514

11.10.4  XTYPE/FP ........................................................................................ 517

Floating point addition ................................................................................... 517

Classify floating-point value ........................................................................... 518

Compare floating-point value ......................................................................... 519

Convert floating-point value to other format .................................................. 521

Convert integer to floating-point value .......................................................... 522

Convert floating-point value to integer ........................................................... 524

Floating point extreme value assistance ........................................................ 526

Floating point fused multiply-add ................................................................... 527

Floating point fused multiply-add with scaling ............................................... 528

Floating point reciprocal square root approximation ...................................... 529

Floating point fused multiply-add for library routines .................................... 530

Create floating-point constant ....................................................................... 532

Floating point maximum ................................................................................. 533

Floating point minimum .................................................................................. 534

Floating point multiply .................................................................................... 535

Floating point reciprocal approximation ........................................................ 536

Floating point subtraction .............................................................................. 537

11.10.5  XTYPE/MPY ..................................................................................... 538

Vector multiply word by signed half (32x16) ............................................... 541

Vector multiply word by unsigned half (32x16) ........................................... 545

Multiply signed halfwords ............................................................................. 549

Multiply unsigned halfwords ......................................................................... 556

Polynomial multiply words ............................................................................ 561

Vector reduce multiply word by signed half (32x16) .................................. 563

Multiply and use upper result ....................................................................... 565

Multiply and use full result ........................................................................... 568

Vector dual multiply ...................................................................................... 570

Vector dual multiply with round and pack ................................................... 573

Vector reduce multiply bytes ........................................................................ 575

Vector dual multiply signed by unsigned bytes .......................................... 577

Vector multiply even halfwords .................................................................... 579

Vector multiply halfwords ............................................................................. 581

Vector multiply halfwords with round and pack .......................................... 583

Vector multiply halfwords, signed by unsigned .......................................... 585

Vector reduce multiply halfwords ................................................................ 587

Vector multiply bytes ..................................................................................... 589

Vector polynomial multiply halfwords ......................................................... 591

11.10.6  XTYPE/PERM ......................................................................................... 593

Saturate ........................................................................................................ 595

Swizzle bytes ................................................................................................ 597

Vector align ................................................................................................... 598

Vector round and pack .................................................................................. 600

Vector saturate and pack .............................................................................. 602

Vector saturate without pack ........................................................................ 605

Vector shuffle ................................................................................................ 607

Vector splat bytes ......................................................................................... 609

Vector splat halfwords .................................................................................. 610

Vector splice ................................................................................................. 611

Vector sign extend ........................................................................................ 612

Vector truncate ............................................................................................. 614

Vector zero extend ........................................................................................ 616

11.10.7  XTYPE/PRED .......................................................................................... 618

Compare byte ................................................................................................ 620

Compare half ................................................................................................. 622

Compare doublewords ................................................................................... 624

Compare bit mask ......................................................................................... 625

Mask generate from predicate ...................................................................... 626

Check for TLB match .................................................................................... 627

Predicate transfer ......................................................................................... 628

Test bit .......................................................................................................... 629

Vector compare halfwords ............................................................................ 630

Vector compare bytes for any match ...........................................................632

Vector compare bytes...................................................................................633

Vector compare words...................................................................................635

Viterbi pack even and odd predicate bits ...................................................637

Vector mux ....................................................................................................638

11.10.8  XTYPE/SHIFT......................................................................................639

Shift by immediate .......................................................................................640

Shift by immediate and accumulate ...........................................................642

Shift by immediate and add..........................................................................645

Shift by immediate and logical.....................................................................646

Shift right by immediate with rounding .....................................................650

Shift left by immediate with saturation ......................................................652

Shift by register ............................................................................................653

Shift by register and accumulate .................................................................656

Shift by register and logical..........................................................................659

Shift by register with saturation ..................................................................662

Vector shift halfwords by immediate ...........................................................664

Vector arithmetic shift halfwords with round ............................................666

Vector arithmetic shift halfwords with saturate and pack ...........................668

Vector shift halfwords by register ................................................................670

Vector shift words by immediate ..................................................................672

Vector shift words by register ......................................................................674

Vector shift words with truncate and pack ...................................................676

Instruction Index ..................................................................................................678

Intrinsics Index ....................................................................................................693

# Figures

Figure 1-1    Hexagon V66 processor architecture ................................................. 19
Figure 1-2    Vector instruction example ................................................................ 23
Figure 1-3    Instruction classes and combinations ................................................ 26
Figure 1-4    Register field symbols ...................................................................... 29
Figure 2-1    General registers .............................................................................. 33
Figure 2-2    Control registers .............................................................................. 35
Figure 3-1    Packet grouping combinations .......................................................... 52
Figure 4-1    Vector byte operation ...................................................................... 59
Figure 4-2    Vector halfword operation ................................................................ 59
Figure 4-3    Vector word operation ...................................................................... 60
Figure 4-4    64-bit shift and add/sub/logical ....................................................... 68
Figure 4-5    Vector halfword shift right ................................................................ 71
Figure 5-1    Hexagon processor byte order ......................................................... 82
Figure 5-2    L2FETCH instruction ...................................................................... 101
Figure 6-1    Vector byte compare ...................................................................... 112
Figure 6-2    Vector halfword compare ................................................................ 112
Figure 6-3    Vector mux instruction .................................................................... 113
Figure 8-1    Stack structure .............................................................................. 138
Figure 10-1    Instruction packet encoding .......................................................... 160

# Tables

Table 1-1     Register symbols ............................................................................28
Table 1-2     Register bit field symbols .................................................................29
Table 1-3     Instruction operands ........................................................................30
Table 1-4     Data symbols ...................................................................................31
Table 2-1     General register aliases ....................................................................34
Table 2-2     General register pairs .......................................................................34
Table 2-3     Aliased control registers ..................................................................36
Table 2-4     Control register pairs ........................................................................37
Table 2-5     Loop registers ..................................................................................38
Table 2-6     User status register ..........................................................................39
Table 2-7     Modifier registers (indirect auto-increment addressing).....................41
Table 2-8     Modifier registers (circular addressing) .............................................41
Table 2-9     Modifier registers (bit-reversed addressing) ......................................42
Table 2-10    Predicate registers ...........................................................................42
Table 2-11    Circular start registers ......................................................................43
Table 2-12    User general pointer register ............................................................43
Table 2-13    Global pointer register ......................................................................43
Table 2-14    Cycle count registers .......................................................................44
Table 2-15    Frame limit register ..........................................................................44
Table 2-16    Frame key register ...........................................................................45
Table 2-17    Packet count registers ......................................................................45
Table 2-18    Qtimer registers ...............................................................................46
Table 3-1     Instruction symbols ..........................................................................47
Table 3-2     Instruction classes ...........................................................................49
Table 4-1     Single-precision multiply options ......................................................66
Table 4-2     Double precision multiply options......................................................66
Table 4-3     Control register transfer instructions .................................................72
Table 5-1     Memory alignment restrictions ..........................................................83
Table 5-2     Load instructions ..............................................................................83
Table 5-3     Store instructions .............................................................................84
Table 5-4     Mem-ops ..........................................................................................86
Table 5-5     Addressing modes ............................................................................86
Table 5-6     Offset ranges (global pointer relative) ...............................................88
Table 5-7     Offset ranges (Indirect with offset) ...................................................89
Table 5-8     Increment ranges (Indirect with auto-inc immediate).........................90
Table 5-9     Increment ranges (Circular with auto-inc immediate) .........................91
Table 5-10    Increment ranges (Circular with auto-inc register) .............................93
Table 5-11    Addressing modes (Conditional load/store)........................................95
Table 5-12    Conditional offset ranges (Indirect with offset)..................................96
Table 5-13    Cache instructions (User-level)..........................................................98
Table 5-14    Memory ordering instructions...........................................................102

Table 5-15    Atomic instructions ................................................................. 103
Table 6-1     Scalar predicate-generating instructions ................................. 106
Table 6-2     Vector mux instruction ............................................................ 113
Table 6-3     Predicate register instructions ................................................ 115
Table 7-1     Loop instructions .................................................................... 118
Table 7-2     Software pipelined loop ........................................................... 122
Table 7-3     Software pipelined loop (using spNloop0) ............................... 123
Table 7-4     Software branch instructions ................................................... 124
Table 7-5     Jump instructions .................................................................... 125
Table 7-6     Call instructions ...................................................................... 125
Table 7-7     Return instructions .................................................................. 126
Table 7-8     Speculative jump instructions ................................................. 128
Table 7-9     Compare jump instructions ..................................................... 130
Table 7-10    New-value compare jump instructions ..................................... 131
Table 7-11    Register transfer jump instructions .......................................... 132
Table 7-12    Dual jump instructions ............................................................ 132
Table 7-13    Jump hint instruction .............................................................. 133
Table 7-14    Pause instruction .................................................................... 134
Table 7-15    V66 exceptions ....................................................................... 135
Table 8-1     Stack registers ........................................................................ 140
Table 8-2     Stack instructions .................................................................... 141
Table 9-1     V66 processor events symbols ................................................ 143
Table 10-1    Instruction fields ..................................................................... 153
Table 10-2    Sub-instructions ...................................................................... 155
Table 10-3    Sub-instruction registers ......................................................... 156
Table 10-4    Duplex instruction ................................................................... 157
Table 10-5    Duplex ICLASS field ............................................................... 157
Table 10-6    Instruction class encoding ....................................................... 159
Table 10-7    Loop packet encoding ............................................................. 161
Table 10-8    Scaled immediate encoding (indirect offsets) .......................... 162
Table 10-9    Constant extender encoding .................................................... 163
Table 10-10   Constant extender instructions ................................................ 164
Table 10-11   Instruction mapping ................................................................ 167
Table 11-1    Instruction syntax symbols ...................................................... 169
Table 11-2    Instruction operand symbols ................................................... 170
Table 11-3    Instruction behavior symbols ................................................... 170

# 1   Introduction

The Qualcomm Hexagon™ processor is a general-purpose digital signal processor designed for high performance and low power across a wide variety of multimedia and modem applications. V66 is a member of the sixth generation of the Hexagon processor architecture.

## 1.1   Features

- **Memory**

  Program code and data are stored in a unified 32-bit address space. The load/store architecture supports a complete set of addressing modes for both compiler code generation and DSP application programming.

- **Registers**

  Thirty two 32-bit general purpose registers can be accessed as single registers or as 64-bit register pairs. The general registers hold all data including scalar, pointer, and packed vector data.

- **Data types**

  Instructions can perform a wide variety of operations on fixed-point or floating-point data. The fixed-point operations support scalar and vector data in a variety of sizes. The floating-point operations support single-precision data.

- **Parallel execution**

  Instructions can be grouped into very long instruction word (VLIW) packets for parallel execution, with each packet containing from one to four instructions. Vector instructions operate on single instruction multiple data (SIMD) vectors.

- **Program flow**

  Nestable zero-overhead hardware loops are supported. Conditional/unconditional jumps and subroutine calls support both PC-relative and register indirect addressing. Two program flow instructions can be grouped into one packet.

- **Instruction pipeline**

  Pipeline hazards are resolved by the hardware: instruction scheduling is not constrained by pipeline restrictions.

- **Code compression**

*Compound* instructions merge certain common operation sequences (add-accumulate, shift-add, etc.) into a single instruction. *Duplex* encodings express two parallel instructions in a single 32-bit word.

■ **Cache memory**

Memory accesses can be cached or uncached. Separate L1 instruction and data caches exist for program code and data. A unified L2 cache can be partly or wholly configured as tightly-coupled memory (TCM).

■ **Virtual memory**

Memory is addressed virtually, with virtual-to-physical memory mapping handled by a resident OS. Virtual memory supports the implementation of memory management and memory protection in a hardware-independent manner.

Figure 1-3 presents an overview of the instruction classes and how they can be grouped together.



**Figure 1-3   Instruction classes and combinations**

## 1.3.11   Instruction intrinsics

To support efficient coding of the time-critical sections of a program (without resorting to assembly language), the C compilers support intrinsics which are used to directly express Hexagon processor instructions from within C code. For example:

```
int main()
{
    long long v1 = 0xFFFF0000FFFF0000;
    long long v2 = 0x0000FFFF0000FFFF;
    long long result;

    // find the minimum for each half-word in 64-bit vector
    result = Q6_P_vminh_PP(v1,v2);
}
```

Intrinsics are defined for most of the Hexagon processor instructions.

## 1.4    Notation

This section presents the notational conventions used in this document to describe Hexagon processor instructions:

- Instruction syntax

- Register operands

- Numeric operands

NOTE    The notation described here does not appear in actual assembly language instructions. It is used only to specify the instruction syntax and behavior.

### 1.4.1    Instruction syntax

The following notation is used to describe the syntax of instructions:

- `Monospaced font is used for instructions`

- Square brackets enclose optional items (e.g., `[:sat]`, means that saturation is optional)

- Braces indicate a choice of items (e.g., `{Rs,#s16}`, means that either Rs or a signed 16-bit immediate can be used)

## 11.10   XTYPE

<mark>The XTYPE instruction class includes instructions which perform most of the data processing done by the Hexagon processor.</mark>

XTYPE instructions are executable on slot 2 or slot 3.

### 11.10.1   XTYPE/ALU

The XTYPE/ALU instruction subclass includes instructions which perform arithmetic and logical operations.

## Absolute value doubleword

Take the absolute value of the 64-bit source register and place it in the destination register.

### Syntax

| Syntax | Behavior |
|---|---|
| Rdd=abs(Rss) | Rdd = ABS(Rss); |

### Class: XTYPE (slots 2,3)

### Intrinsics

| Rdd=abs(Rss) | Word64 Q6_P_abs_P(Word64 Rss) |
|---|---|

### Encoding

| 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 | 16 | 15 | 14 | 13 | 12 | 11 | 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ICLASS | | | | RegType | | | MajOp | | | s5 | | | | | Parse | | | | | | | | | MinOp | | | d5 | | | | | |
| 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | s | s | s | s | s | P | P | - | - | - | - | - | - | 1 | 1 | 0 | d | d | d | d | d | Rdd=abs(Rss) |

| Field name | Description |
|---|---|
| ICLASS | Instruction Class |
| Parse | Packet/Loop parse bits |
| d5 | Field to encode register d |
| s5 | Field to encode register s |
| MajOp | Major Opcode |
| MinOp | Minor Opcode |
| RegType | Register Type |

## 11.10.2    XTYPE/BIT

The XTYPE/BIT instruction subclass includes instructions for bit manipulation.

## Count leading

Count leading zeros (cl0) counts the number of consecutive zeros starting with the most significant bit.

Count leading ones (cl1) counts the number of consecutive ones starting with the most significant bit.

Count leading bits (clb) counts both leading ones and leading zeros and then selects the maximum.

The NORMAMT instruction returns the number of leading bits minus one.

For a two's-complement number, the number of leading zeros is zero for negative numbers. The number of leading ones is zero for positive numbers.

The number of leading bits can be used to judge the magnitude of the value.

| Syntax | Behavior |
|--------|----------|
| `Rd=add(clb(Rs),#s6)` | `Rd = (max(count_leading_ones(Rs),count_leading_ones(~Rs)))+#s;` |
| `Rd=add(clb(Rss),#s6)` | `Rd = (max(count_leading_ones(Rss),count_leading_ones(~Rss)))+#s;` |
| `Rd=cl0(Rs)` | `Rd = count_leading_ones(~Rs);` |
| `Rd=cl0(Rss)` | `Rd = count_leading_ones(~Rss);` |
| `Rd=cl1(Rs)` | `Rd = count_leading_ones(Rs);` |
| `Rd=cl1(Rss)` | `Rd = count_leading_ones(Rss);` |
| `Rd=clb(Rs)` | `Rd = max(count_leading_ones(Rs),count_leading_ones(~Rs));` |
| `Rd=clb(Rss)` | `Rd = max(count_leading_ones(Rss),count_leading_ones(~Rss));` |
| `Rd=normamt(Rs)` | `if (Rs == 0) {`<br>`    Rd = 0;`<br>`} else {`<br>`    Rd = (max(count_leading_ones(Rs),count_leading_ones(~Rs)))-1;`<br>`}` |
| `Rd=normamt(Rss)` | `if (Rss == 0) {`<br>`    Rd = 0;`<br>`} else {`<br>`    Rd = (max(count_leading_ones(Rss),count_leading_ones(~Rss)))-1;`<br>`}` |

## Class: XTYPE (slots 2,3)

### Intrinsics

| | |
|---|---|
| Rd=add(clb(Rs),#s6) | Word32 Q6_R_add_clb_RI(Word32 Rs, Word32 Is6) |
| Rd=add(clb(Rss),#s6) | Word32 Q6_R_add_clb_PI(Word64 Rss, Word32 Is6) |
| Rd=cl0(Rs) | Word32 Q6_R_cl0_R(Word32 Rs) |
| Rd=cl0(Rss) | Word32 Q6_R_cl0_P(Word64 Rss) |
| Rd=cl1(Rs) | Word32 Q6_R_cl1_R(Word32 Rs) |
| Rd=cl1(Rss) | Word32 Q6_R_cl1_P(Word64 Rss) |
| Rd=clb(Rs) | Word32 Q6_R_clb_R(Word32 Rs) |
| Rd=clb(Rss) | Word32 Q6_R_clb_P(Word64 Rss) |
| Rd=normamt(Rs) | Word32 Q6_R_normamt_R(Word32 Rs) |
| Rd=normamt(Rss) | Word32 Q6_R_normamt_P(Word64 Rss) |

### Encoding

| 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 | 16 | 15 | 14 | 13 | 12 | 11 | 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ICLASS | | | | RegType | | | MajOp | | | | s5 | | | | | Parse | | | | | | | | MinOp | | | d5 | | | | | |
| 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | s | s | s | s | s | P | P | - | - | - | - | - | - | 0 | 0 | 0 | d | d | d | d | d | Rd=clb(Rss) |
| 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | s | s | s | s | s | P | P | - | - | - | - | - | - | 0 | 1 | 0 | d | d | d | d | d | Rd=cl0(Rss) |
| 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | s | s | s | s | s | P | P | - | - | - | - | - | - | 1 | 0 | 0 | d | d | d | d | d | Rd=cl1(Rss) |
| 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 1 | s | s | s | s | s | P | P | - | - | - | - | - | - | 0 | 0 | 0 | d | d | d | d | d | Rd=normamt(Rss) |
| 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 1 | s | s | s | s | s | P | P | i | i | i | i | i | i | 0 | 1 | 0 | d | d | d | d | d | Rd=add(clb(Rss),#s6) |
| 1 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 1 | s | s | s | s | s | P | P | i | i | i | i | i | i | 0 | 0 | 0 | d | d | d | d | d | Rd=add(clb(Rs),#s6) |
| 1 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | s | s | s | s | s | P | P | - | - | - | - | - | - | 1 | 0 | 0 | d | d | d | d | d | Rd=clb(Rs) |
| 1 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | s | s | s | s | s | P | P | - | - | - | - | - | - | 1 | 0 | 1 | d | d | d | d | d | Rd=cl0(Rs) |
| 1 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | s | s | s | s | s | P | P | - | - | - | - | - | - | 1 | 1 | 0 | d | d | d | d | d | Rd=cl1(Rs) |
| 1 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | s | s | s | s | s | P | P | - | - | - | - | - | - | 1 | 1 | 1 | d | d | d | d | d | Rd=normamt(Rs) |

| Field name | Description |
|---|---|
| ICLASS | Instruction Class |
| Parse | Packet/Loop parse bits |
| d5 | Field to encode register d |
| s5 | Field to encode register s |
| MajOp | Major Opcode |
| MinOp | Minor Opcode |
| RegType | Register Type |

## Count population

Population Count (popcount) counts the number of bits in Rss that are set.

| Syntax | Behavior |
|--------|----------|
| `Rd=popcount(Rss)` | `Rd = count_ones(Rss);` |

### Class: XTYPE (slots 2,3)

### Intrinsics

| | |
|--------|----------|
| `Rd=popcount(Rss)` | `Word32 Q6_R_popcount_P(Word64 Rss)` |

### Encoding

| 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 | 16 | 15 | 14 | 13 | 12 | 11 | 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 | |
|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| ICLASS | | | | RegType | | | MajOp | | | | s5 | | | | | Parse | | | | | | | | MinOp | | | d5 | | | | | |
| 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 1 | s | s | s | s | s | P | P | - | - | - | - | - | - | 0 | 1 | 1 | d | d | d | d | d | Rd=popcount(Rss) |

| Field name | Description |
|------------|-------------|
| `ICLASS` | Instruction Class |
| `Parse` | Packet/Loop parse bits |
| `d5` | Field to encode register d |
| `s5` | Field to encode register s |
| `MajOp` | Major Opcode |
| `MinOp` | Minor Opcode |
| `RegType` | Register Type |

# Count trailing

Count trailing zeros (ct0) counts the number of consecutive zeros starting with the least significant bit.

Count trailing ones (ct1) counts the number of consecutive ones starting with the least significant bit.

| Syntax | Behavior |
|---|---|
| Rd=ct0(Rs) | Rd = count_leading_ones(~reverse_bits(Rs)); |
| Rd=ct0(Rss) | Rd = count_leading_ones(~reverse_bits(Rss)); |
| Rd=ct1(Rs) | Rd = count_leading_ones(reverse_bits(Rs)); |
| Rd=ct1(Rss) | Rd = count_leading_ones(reverse_bits(Rss)); |

## Class: XTYPE (slots 2,3)

## Intrinsics

| | |
|---|---|
| Rd=ct0(Rs) | Word32 Q6_R_ct0_R(Word32 Rs) |
| Rd=ct0(Rss) | Word32 Q6_R_ct0_P(Word64 Rss) |
| Rd=ct1(Rs) | Word32 Q6_R_ct1_R(Word32 Rs) |
| Rd=ct1(Rss) | Word32 Q6_R_ct1_P(Word64 Rss) |

## Encoding

| 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 | 16 | 15 | 14 | 13 | 12 | 11 | 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ICLASS | | | | RegType | | | | MajOp | | s5 | | | | | | Parse | | | | | | | | MinOp | | | d5 | | | | | |
| 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | s | s | s | s | s | s | P | P | - | - | - | - | - | 0 | 1 | 0 | 0 | d | d | d | d | d | Rd=ct0(Rss) |
| 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | s | s | s | s | s | s | P | P | - | - | - | - | - | 1 | 0 | 0 | 0 | d | d | d | d | d | Rd=ct1(Rss) |
| 1 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 0 | s | s | s | s | s | P | P | - | - | - | - | - | - | 1 | 0 | 0 | d | d | d | d | d | Rd=ct0(Rs) |
| 1 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 0 | s | s | s | s | s | P | P | - | - | - | - | - | - | 1 | 0 | 1 | d | d | d | d | d | Rd=ct1(Rs) |

| Field name | Description |
|---|---|
| ICLASS | Instruction Class |
| Parse | Packet/Loop parse bits |
| d5 | Field to encode register d |
| s5 | Field to encode register s |
| MajOp | Major Opcode |
| MinOp | Minor Opcode |
| RegType | Register Type |

## Extract bitfield

Extract a bitfield from the source register (or register pair) and deposit into the least significant bits of the destination register (or register pair). The other, more significant bits in the destination are either cleared or sign-extended, depending on the instruction.

The width of the extracted field is obtained from the first immediate or from the most-significant word of Rtt. The field offset is obtained from either the second immediate or from the least-significant word of Rtt.

For register-based extract, where Rtt supplies the offset and width, the offset value is treated as a signed 7-bit number. If this value is negative, the source register Rss is shifted left (the reverse direction). Width number of bits are then taken from the least-significant portion of this result.

If the shift amount and/or offset captures data beyond the most significant end of the input, these bits are taken as zero.



| Syntax | Behavior |
|---|---|
| Rd=extract(Rs,#u5,#U5) | width=#u;<br>offset=#U;<br>Rd = sxt$_{width->32}$((Rs >> offset)); |
| Rd=extract(Rs,Rtt) | width=zxt$_{6->32}$((Rtt.w[1]));<br>offset=sxt$_{7->32}$((Rtt.w[0]));<br>Rd = sxt$_{width->64}$((offset>0)?(zxt$_{32->64}$(zxt$_{32->64}$(Rs)))>>>offset):(zxt$_{32->64}$(zxt$_{32->64}$(Rs))<<offset)); |
| Rd=extractu(Rs,#u5,#U5) | width=#u;<br>offset=#U;<br>Rd = zxt$_{width->32}$((Rs >> offset)); |
| Rd=extractu(Rs,Rtt) | width=zxt$_{6->32}$((Rtt.w[1]));<br>offset=sxt$_{7->32}$((Rtt.w[0]));<br>Rd = zxt$_{width->64}$((offset>0)?(zxt$_{32->64}$(zxt$_{32->64}$(Rs)))>>>offset):(zxt$_{32->64}$(zxt$_{32->64}$(Rs))<<offset)); |
| Rdd=extract(Rss,#u6,#U6) | width=#u;<br>offset=#U;<br>Rdd = sxt$_{width->64}$((Rss >> offset)); |

| Syntax | Behavior |
|---|---|
| Rdd=extract(Rss,Rtt) | width=zxt$_{6\to32}$((Rtt.w[1]));<br>offset=sxt$_{7\to32}$((Rtt.w[0]));<br>Rdd = sxt$_{width\to64}$((offset>0)?(Rss>>>offset):(Rss<<offset)); |
| Rdd=extractu(Rss,#u6,#U6) | width=#u;<br>offset=#U;<br>Rdd = zxt$_{width\to64}$((Rss >> offset)); |
| Rdd=extractu(Rss,Rtt) | width=zxt$_{6\to32}$((Rtt.w[1]));<br>offset=sxt$_{7\to32}$((Rtt.w[0]));<br>Rdd = zxt$_{width\to64}$((offset>0)?(Rss>>>offset):(Rss<<offset)); |

## Class: XTYPE (slots 2,3)

## Intrinsics

| | |
|---|---|
| Rd=extract(Rs,#u5,#U5) | Word32 Q6_R_extract_RII(Word32 Rs, Word32 Iu5, Word32 IU5) |
| Rd=extract(Rs,Rtt) | Word32 Q6_R_extract_RP(Word32 Rs, Word64 Rtt) |
| Rd=extractu(Rs,#u5,#U5) | Word32 Q6_R_extractu_RII(Word32 Rs, Word32 Iu5, Word32 IU5) |
| Rd=extractu(Rs,Rtt) | Word32 Q6_R_extractu_RP(Word32 Rs, Word64 Rtt) |
| Rdd=extract(Rss,#u6,#U6) | Word64 Q6_P_extract_PII(Word64 Rss, Word32 Iu6, Word32 IU6) |
| Rdd=extract(Rss,Rtt) | Word64 Q6_P_extract_PP(Word64 Rss, Word64 Rtt) |
| Rdd=extractu(Rss,#u6,#U6) | Word64 Q6_P_extractu_PII(Word64 Rss, Word32 Iu6, Word32 IU6) |
| Rdd=extractu(Rss,Rtt) | Word64 Q6_P_extractu_PP(Word64 Rss, Word64 Rtt) |

## Encoding

| 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 | 16 | 15 | 14 | 13 | 12 | 11 | 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ICLASS | | | | RegType | | | MajOp | | | | s5 | | | | | Parse | | | | | | | | MinOp | | | d5 | | | | | |
| 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | I | I | I | s | s | s | s | s | P | P | i | i | i | i | i | i | I | I | d | d | d | d | d | Rdd=extractu(Rss,#u6,#U6) |
| 1 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | I | I | I | s | s | s | s | s | P | P | i | i | i | i | i | i | I | I | d | d | d | d | d | Rdd=extract(Rss,#u6,#U6) |
| 1 | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 0 | I | I | s | s | s | s | s | P | P | 0 | i | i | i | i | i | I | I | d | d | d | d | d | Rd=extractu(Rs,#u5,#U5) |
| 1 | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 1 | I | I | s | s | s | s | s | P | P | 0 | i | i | i | i | i | I | I | d | d | d | d | d | Rd=extract(Rs,#u5,#U5) |
| ICLASS | | | | RegType | | | Maj | | | | s5 | | | | | Parse | | | | t5 | | | | Min | | | d5 | | | | | |
| 1 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | - | s | s | s | s | s | P | P | - | t | t | t | t | t | 0 | 0 | - | d | d | d | d | d | Rdd=extractu(Rss,Rtt) |
| 1 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | - | s | s | s | s | s | P | P | - | t | t | t | t | t | 1 | 0 | - | d | d | d | d | d | Rdd=extract(Rss,Rtt) |
| 1 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | - | s | s | s | s | s | P | P | - | t | t | t | t | t | 0 | 0 | - | d | d | d | d | d | Rd=extractu(Rs,Rtt) |
| 1 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | - | s | s | s | s | s | P | P | - | t | t | t | t | t | 0 | 1 | - | d | d | d | d | d | Rd=extract(Rs,Rtt) |

| Field name | Description |
|------------|-------------|
| ICLASS | Instruction Class |
| Parse | Packet/Loop parse bits |
| d5 | Field to encode register d |
| s5 | Field to encode register s |
| t5 | Field to encode register t |
| MajOp | Major Opcode |
| MinOp | Minor Opcode |
| Maj | Major Opcode |
| Min | Minor Opcode |
| RegType | Register Type |
| RegType | Register Type |